PD-1179-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/10/2015 6:52:58 PM
Accepted 9/14/2015 2:35:54 PM
ABEL ACOSTA
CLERK

PD No. _____

IN THE COURT OF CRIMINAL APPEALS

OF TEXAS

_____

On Petition for Discretionary Review

From the First Court of Appeals at Houston, Texas

Appeal No. 01-13-00946-CR

_____

On Appeal

From the 248th District Court of Harris County, Texas

Trial Court No. 1362831

_____

**APPELLANT'S FIRST MOTION FOR EXTENSION IN TIME**
**<u>TO FILE PETITION FOR DISCRETIONARY REVIEW</u>**

TO THE HONORABLE JUDGE'S OF THE COURT OF CRIMINAL APPEALS:

Now comes JULIO FRANCISCO GALVAN, Appellant herein, by and through his counsel of record, PATRICK F. McCANN, and moves this Honorable Court to grant him a ninety (90) day extension in time in which to submit a petition for discretionary review in this matter. In support of such motion, Appellant would respectfully show this Court the following:

FILED IN
COURT OF CRIMINAL APPEALS

September 14, 2015

ABEL ACOSTA, CLERK

The First Court of Appeals affirmed the judgment and sentence of the trial court in a memorandum opinion dated July 16, 2015.

Counsel of record has attempted to provide Appellant with a copy of the Court of Appeals opinion in this matter within the five (5) day period specified in the Texas Rules of Appellate Procedure, and to advise the Appellant of his right to petition this Court for discretionary review in this matter.

Due to the nature of the Appellant's offense, prison officials have transferred Appellant on numerous occasions for his personal safety, and counsel is uncertain as to whether or when Appellant has received counsel's correspondence containing the Court of Appeals opinion and information concerning Appellant's right to petition this Court for discretionary review.

Appellant is Hispanic, and speaks no English.

**WHEREFORE, PREMISES CONSIDERED,** Appellant prays that this Honorable Court will, in all things, **GRANT** this motion, and allow Appellant ninety (90) days from the date of this motion, up to and including Wednesday, December 9, 2015, in which to petition this Court for discretionary review in this

2

matter if he so desires, and that the Court further **GRANT** any additional relief to which the Appellant may be justly entitled.

DATED this 10th day of September, 2015.

Respectfully submitted,

/s/  *Patrick F. McCann*

Patrick F. McCann
SBT No. 00792680
909 Texas Ave., Suite 205
Houston, Texas 77002
PH: (713) 223-3805

Counsel of Record for the Appellant

**CERTIFICATE OF SERVICE**

3

Mtn Extension in Time: Julio Francisco Galvan

I hereby certify that a true and correct copy of the above and foregoing have been duly served upon counsel for the State on this 10ᵗʰ day of September, 2015, by prepaid United States mail, addressed as follows:

**ABBIE MILES**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002

/s/   *Patrick F. McCann*

Patrick F. McCann
SBT No. 00792680
909 Texas Ave., Suite 205
Houston, Texas 77002
PH: (713) 223-3805

Counsel of Record for the Appellant

Mtn Extension in Time: Julio Francisco Galvan